THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DR. CHARLES MOMAH,

              Petitioner,

    v.

JEFFREY A. UTTECHT,

              Respondent.

CASE NO. CV15-053JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on attorney David Zuckerman's unopposed motion to withdraw as Petitioner's counsel of record (Dkt. No. 50). Counsel was appointed under the Criminal Justice Act to represent Petitioner in a petition for habeas corpus relief. (Dkt. No. 15.) The petition has since been denied and the case has mandated. (Dkt. Nos. 44, 49.) The motion is GRANTED. The Clerk is DIRECTED to remove Mr. Zuckerman as attorney of record for Petitioner Charles Momah and to discontinue electronic service to Mr. Zuckerman.

DATED this 27th day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk